# UNITED STATES DISTRICT COURT
for the
__Western__ District of __New York State__

_____ Division

Tanvir Mahmud Hossain

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Deborah A. Haendiges, John Garcia,
City of Lackawanna Police, Erie County Correction
Facility, Erie County Court/State Court.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. __25 CV 6277-W__
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

FILED MAY 27 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tanvir Mahmud Hossain |
| Street Address | 11581 Walden Avenue |
| City and County | Alden   Erie |
| State and Zip Code | New York  14004 |
| Telephone Number | 716-937-5585 |
| E-mail Address | |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

John Garcia (individual) Erie County Sheriff
City of Lackawanna Police (government agency)
See additional page one for more info

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Deborah. A. Haendiges
- Job or Title (if known): Erie County Judge
- Street Address: 25 Delaware Avenue
- City and County: Buffalo, United States, Erie County
- State and Zip Code: New York 14202
- Telephone Number: 716-845-9300
- E-mail Address (if known): do not know

Defendant No. 2
- Name: City Lackawanna Police
- Job or Title (if known): Police
- Street Address: 2807 South Park Ave
- City and County: Lackawanna, United States Erie
- State and Zip Code: New York
- Telephone Number: 716-851-4444
- E-mail Address (if known): do not know

Defendant No. 3
- Name: John Garcia
- Job or Title (if known): Erie County Sheriff
- Street Address: 120 W. Eagle Street
- City and County: Buffalo    Erie
- State and Zip Code: New York 14202
- Telephone Number:
- E-mail Address (if known): Do not Know

Defendant No. 4
- Name: ERIE County Correcion Facility
- Job or Title (if known): Jail
- Street Address: 11581 Walden Avenue
- City and County: Alden    ERIE County
- State and Zip Code: New York 14004
- Telephone Number: 716-937-5585
- E-mail Address (if known): Do not Know

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Amendment #1, Amendent #5 Amendent #8 and the Human rights law of the United States, the Civil rights laws of Both the US, and State of New York. 6th amendment Speedy trial - 1974 Speedy trial Act.

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Tanvir Mahmud Hossain, is a citizen of the State of *(name)* India / US.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)* Please see Defendants list

2. The Defendant(s) Page #1 and also page one of additional page for Complet list.

   a. If the defendant is an individual

      The defendant, *(name)* Deborah A. Haendiges, is a citizen of the State of *(name)* United States. Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.     If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am seeking 80. Million Dollars for lose of income from my Store. and the cost of lose of money from my Houses,

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

City of lackawanna Police making racist Statements to me calling me names as target, sand nigger, camel Jockie, "you people" on 11/5/23 at my home 2807 South Park Ave Lackawanna N.Y. 14218 and in the police car parked on South Park Ave. also while driving on Skie Way Rot.5 in Car. Erie County Correion Facility not allowing to preform the things I need to do for my religion, They violate my rights by the food and lack of, Stip search's, and how cold the keep the cells and dorms, cause the inmats to get sick. and more things that are in viotion of human rights. → Please See page one-N-2 of additional

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am Seeking 80 million dollars for damages from the following Lackawanna City Police as I stated in Statment of Claim. Also they are Harrasing my store and sit in front of it scearning the people coming in and out last reported me on 5/10/25. Jonh Garcia for not fixing the issues that I have informed about in many Grievances writen to him. My pain and suffering both mental and Physical, The lose of money from my work and not bring abel to do so Freely     Please See pages one and two of additional

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff
Printed Name of Plaintiff    Tanvir Mahmud Hossain

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Tanvir Mahmud Hossain

# Page One of Additional Page

Defedant #5: Erie County Court/State court
Street Address: 25 Delaware Avenue
City and County: Buffalo Erie
State and Zip Code: New York 14202
Telephone Number: 716-845-9300

On page 3, II Basis for Juistion
Under what basis for federal Court jurisdiction

I marked both Boxes as I am unsure which apply to my case, I was born in India, I have my green card and have lived in the United States for many years and own a store and many Houses, and I'm well on my way to becoming on Citizen of the United States; And from my understanding I am Proteced by the Civil rights laws, Human rights and the Constitution of the United States of America, the Greatest land in all the world!!

Page One of 5# I. The Parties to this Complaint
Deborah. A. Haendiges (individual) working for a Government agency; Job: Erie Count Court Judge.
Erie Count Correcion Facility; Government agency
Erie Count County Court/State Court; Government agency

Page 4: State of Claim # III
Deborah A. Haendiges on 11-5-2023 to present she has said racist and sexist Coments, "You People" "Men of your Culture" (I am India) what does she mean? "All men should do Jail time". on 11-6-2023 at the Erie County Court house on 25 Delaware Ave Buffalo N.Y. 14202 She placed me in the Custy of the Erie County Sheriff's Correcional
(On Back) →

She didn't know if I was safe to be on the streets, She placed me in the Jail with no trial or due process of telling me the nature of my accusation of crime, I have now been in Jail now for 18 months, being deprived of my freedom, with out Speedy trial or any date for a trial, This cruel and unusual Punishment. With no end in sight.

John Garcia, is head of the Erie County Sheriff's and he over sees the day to day working of every thing having to do with the Correcional facility, He has allowed cruel and unusual Punishment By how cold they keep the dooms and cells, to my freedom of Religion, and the cleanness of the facility and the food they make us eat it is unholly.

Page 4 of 5 # IV Relief

Debarah A. Haendiges please see state of claim, also has caused pain and suffering to myself and my family and great Shame, Has unlawfuly placed me jail with out due process, Has made me feel as if I am lease of a human or from a leaser Race of people (this is wrong) and Her Sexist Coments, Causing me to have stress and can't sleep, there is more. She has also taken my freedom and I came here to the United States to make a better life for my family and myself. She has taken my dream from me, Also the relations between my wife and I we had wished to have more childern, And now I'm unsure if I will be abel to do so. Due to the stress and not knowing what will happen form this racist-N-Sexist person in power. My sleepless nights
(Next Page) →

Tarwin Mohmed Hussein

Page two of Additional Page
from Page 4 # IV Relief
    Erie County Correcion Facility Alden
They have violated my human rights by strip searchs, by making me use a bathroom with no doors no walls no bathroom paper at times and no soap. Treating me as if I am guilty of a crime, Even without commencement of a trial, or being convicted of a crime, placing me in harms way by people who have murdered and other worse crimes, by not allowing me to follow my religion believes freely. By making me work jobs without pay and if not done correctly punished.
And the racist coments by inmates and staff. Stress, pain, Mental, and Medical issues from the pain and suffering. And they do not allow me to talk to my family for more than 8 months, and then not knowing where I was.
    To the Court Clerk:
Please tell me if did any of the paper work wrong so I may correct it. Also please let me know the next steps, what I need to do next. I would have liked have sent this online, but they do not have computers or allow us to go online here in the Erie County Jail. Also I would like to know If the Court can get me a lawyer, due to the fact I am in Jail at this time. Thank you for looking into my case.



Anwar Hossain
11581 Walden Ave – Alden, New York 14004

Att. Clerks Office
U.S. District Court
2 Niagara Sq.
Buffalo New York 14202

USDC - WDNY
MAY 27 2025
BUFFALO

US POSTAGE PITNEY BOWES
ZIP 14202
$000.74
MAY 22 2025